JAMES J. FINNEGAN, RELATOR, v. FRANCIS J. McDONALD, DEFENDANT.

Argued June 8th, 1926—Decided June 24th, 1926.

**Municipalities—Election Under the Commission Government Act —Clerk Decided Petition Inadequate—Mandamus Will Not Lie to Compel Him to Call an Election.**

On *mandamus*. On rule to show cause.

Before Justices PARKER, BLACK and CAMPBELL.

For the relator, *Robert Carey* and *Harry Lane.*

For the defendant, *Fallon & Fallon.*

PER CURIAM.

This matter comes before the court on a rule to show cause why a peremptory or alternative writ of *mandamus* should not issue directed to the clerk of the town of Harrison, commanding him to call an election for the adoption or rejection of the so-called "Walsh" act. The clerk having on the seventh of April, 1926, decided that the petition presented for that purpose was insufficient. Our consideration of the case leads us to the conclusion that the rule must be discharged and the writ refused. The case of *Haines* v. *Standoven*, 91 *Atl. Rep.* 804, is directly in point, and that case is controlling. This court said, in that case: "The clerk may have committed errors either in the method of investigation pursued by him or in the conclusions reached by him, but such errors cannot be reviewed or corrected by the writ of *mandamus*." If the clerk failed or refused to perform the duties required of him by statute, then, in such a case, this court has said, "*mandamus* is the proper remedy to enforce obedience." *Ford* v. *Gilbert*, 89 *N. J. L.* 482, 486. The rule to show cause is therefore discharged and the writ of *mandamus* refused.